_____ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 27 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    2:18-mj-606-GWF |
| DANIEL BELTRAN | ) | |
| | ) | Charging District:    Southern District of Indiana |
| *Defendant* | ) | Charging District's Case No.    1:18-cr-189-TWP-MJD |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Birch Bayh Federal Building and United States Courthouse 46 East Ohio Street, Room 105 Indianapolis, IN 46204 | Courtroom:    TBD |
|---|---|
| | Date/Time:    TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:    Jun 27, 2018

_____
*Judge's signature*

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*